# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00035-CV

**Casey A. Koehler and Jennifer Phy, as Administratrix of the Estate of
Evelyn Landua Koehler, Appellants**

**v.**

**Kanda Koehler, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 29,462, HONORABLE EDWARD S. JOHNSON, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

The parties have filed an agreed joint motion to dismiss this appeal. Accordingly, we reinstate the appeal, grant the parties' motion, and dismiss this appeal. See Tex. R. App. P. 42.1(a).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed on Agreed Motion

Filed:   July 28, 2016